STATE OF MAINE

DISTRICT COURT
AUGUSTA
Doc. No. AUG-CR-16-1698

State of Maine

vs.

ORDER

DOUGLAS HANSON
        Defendant

Pending before this Court is the Defendant's Motion For Correction Or Reduction Of Sentence pursuant to M.R. Crim.P. 3. The State was represented by Assistant District Attorney Tracy DeVoll, Esq. and the Defendant was represented by John O'Donnell, Esq. The Court finds and orders as follows:

1. The Court has reviewed the transcript from the Sentencing Hearing on March 3, 2016.

2. The Defendant on numerous times indicated his understanding of the procedure and the effect of his admission. It is clear from his oral statement that he understood the State's position at the hearing and his presentation was an attempt to seek a shorter period of incarceration with an alternative type of program. Defendant's statement makes clear that he understood the process and the sentencing options before the Court and that no agreement on disposition existed with the State. The Court can find no basis for the existence of "a mistake of fact" which influenced the hearing or sentence in this matter.

     WHEREFORE, IT IS ORDERED THAT the Defendant's Motion For Correction Or Reduction Of Sentence is denied.

DOCKET ENTRY. Pursuant to Rule the Clerk is directed to make the following docket entry:

Order and Judgment is incorporated into the docket by reference. This entry is made at the specific direction of the Court.

Dated: June 26, 2017.

_____
JUDGE

STATE OF MAINE

STATE OF MAINE
vs
DOUGLAS HANSON
13 AUDREY LANE
OAKLAND ME 04963

SUPERIOR COURT
KENNEBEC, ss.
Docket No  AUGSC-CR-2014-00688

**DOCKET RECORD**

DOB: 08/25/1975
Attorney: JOHN O'DONNELL
          TILTON & ODONNELL
          160 COLLEGE AVENUE
          WATERVILLE ME 04901
          APPOINTED 03/21/2017
Attorney: KEVIN SULLIVAN
          SULLIVAN LAW PC
          72 WINTHROP ST
          AUGUSTA ME 04330
          WITHDRAWN 05/15/2017

State's Attorney: MAEGHAN MALONEY

Filing Document: CRIMINAL COMPLAINT
Filing Date: 07/07/2014

Major Case Type: FELONY (CLASS A,B,C)

**Charge(s)**

1   BURGLARY                                    02/07/2014 MOUNT VERNON
Seq 8480  17-A  401(1)(A)          Class C
   TLUMAC              / MSP

2   THEFT BY UNAUTHORIZED TAKING OR TRANSFER   02/07/2014 MOUNT VERNON
Seq 8423  17-A  353(1)(A)          Class E
   TLUMAC              / MSP

3   CRIMINAL MISCHIEF                          02/07/2014 MOUNT VERNON
Seq 4959  17-A  806(1)(A)          Class D
   TLUMAC              / MSP

4   VIOLATING CONDITION OF RELEASE             02/07/2014 MOUNT VERNON
Seq 9632  15    1092(1)(A)         Class E
   TLUMAC              / MSP

5   THEFT BY UNAUTHORIZED USE OF PROPERTY,     02/06/2014 WATERVILLE
    PRIORS
Seq 10060 17-A 360(1)(A-1)         Class C  Charged with SUPERSEDING INDICTMEN
   TLUMAC              / MSP

**Docket Events:**

07/07/2014 FILING DOCUMENT -  CRIMINAL COMPLAINT FILED ON 07/07/2014

07/07/2014 WARRANT -  ON AFFIDAVIT ORDERED ON 07/07/2014

07/07/2014 WARRANT -  ON AFFIDAVIT ISSUED ON 07/07/2014

07/07/2014 WARRANT -  ON AFFIDAVIT EXECUTED BY AGENCY ON 07/07/2014 at 08:03 p.m.

07/11/2014 Charge(s): 1,2,3,4

HEARING -   INITIAL APPEARANCE HELD ON 07/09/2014
JOHN B BELIVEAU , JUDGE
Defendant Present in Court
07/11/2014 Charge(s): 1,2,3,4
HEARING -   STATUS CONFERENCE SCHEDULED FOR 08/12/2014 at 10:00 a.m.

07/11/2014 BAIL BOND - $2,000.00 CASH BAIL BOND SET BY COURT ON 07/09/2014
JOHN B BELIVEAU , JUDGE
AND MAINE PRETRIAL CONTRACT   OR $20,000 SURETY WITH MAINE PRETRIAL CONTRACT
07/11/2014 BAIL BOND -   CASH BAIL BOND COMMITMENT ISSUED ON 07/09/2014

07/11/2014 BAIL BOND - $20,000.00 SURETY BAIL BOND SET BY COURT ON 07/09/2014
JOHN B BELIVEAU , JUDGE
WITH MAINE PRETRIAL CONTRACT   OR  $2000 CASH BAIL WITH MAINE PRETRIAL       CONTRACT
07/11/2014 BAIL BOND -   SURETY BAIL BOND COMMITMENT ISSUED ON 07/09/2014

07/14/2014 OTHER FILING -   PRETRIAL SERVICES CONTRACT FILED ON 07/14/2014

07/14/2014 SUPPLEMENTAL FILING -   PETITION FILED ON 07/14/2014

07/15/2014 OTHER FILING -   PRETRIAL SERVICES CONTRACT APPROVED ON 07/15/2014

07/18/2014 MOTION -   MOTION FOR APPOINTMENT OF CNSL FILED BY DEFENDANT ON 07/18/2014

07/24/2014 MOTION -   MOTION FOR APPOINTMENT OF CNSL GRANTED ON 07/22/2014

COPY TO PARTIES/COUNSEL
07/24/2014 Party(s):  DOUGLAS HANSON
ATTORNEY -   APPOINTED ORDERED ON 07/24/2014

Attorney:  STEPHEN BOURGET
07/24/2014 Charge(s): 1,2,3,4
HEARING -   STATUS CONFERENCE NOTICE SENT ON 07/24/2014

07/30/2014 MOTION -   MOTION FOR BAIL RECONSID. FILED BY DEFENDANT ON 07/25/2014

08/04/2014 MOTION -   MOTION FOR APPOINTMENT OF CNSL FILED BY DEFENDANT ON 07/21/2014

08/04/2014 BAIL BOND - $1,000.00 CASH BAIL BOND FILED ON 08/04/2014

Bail Receipt Type: CR
Bail Amt:  $1,000
                              Receipt Type: CK
Date Bailed: 08/04/2014    Prvdr Name: DOUGLAS  HANSON
                           Rtrn Name: DOUGLAS  HANSON

BAIL DISBURSEMENT ON 12/11/2014
Check No. 10767  Check Amount:  90.00
Paid To: KENNEBEC  SUPERIOR COURT
APPLIED TO FINE ANOTHER CASE

BAIL DISBURSEMENT ON 12/11/2014
Check No. 10768  Check Amount:  395.00

Paid To: KENNEBEC  SUPERIOR COURT
APPLIED TO FINE ANOTHER CASE

BAIL DISBURSEMENT ON 12/11/2014
Check No. 10769  Check Amount:  515.00
Paid To: KENNEBEC  SUPERIOR COURT
APPLIED TO FINE ANOTHER CASE

08/13/2014 MOTION -  MOTION FOR BAIL RECONSID. GRANTED ON 08/01/2014
          ROBERT E MULLEN , JUDGE
          COPY TO PARTIES/COUNSEL
08/13/2014 BAIL BOND - $1,000.00 CASH BAIL BOND SET BY COURT ON 08/01/2014
          ROBERT E MULLEN , JUDGE
          NO CONTACT WITH MATTHEW DYER 2/3/74 AND NOT ENTER ANY RESIDENCE, PLACE OF EMPLOYMENT OF
          PLACE OF EDUCATION
08/13/2014 BAIL BOND -  CASH BAIL BOND COMMITMENT ISSUED ON 08/01/2014

08/13/2014 Charge(s): 1,2,3,4
          HEARING -  STATUS CONFERENCE HELD ON 08/12/2014
          DANIEL I BILLINGS , JUSTICE
          Defendant Present in Court
08/13/2014 Charge(s): 1,2,3,4
          HEARING -  STATUS CONFERENCE SCHEDULED FOR 10/14/2014 at 10:00 a.m.

08/17/2014 MOTION -  MOTION FOR APPOINTMENT OF CNSL GRANTED ON 08/05/2014
          DANIEL I BILLINGS , JUSTICE
          COPY TO PARTIES/COUNSEL                                     PARTIALLY
          INDIGENT, OWES $50/MONTH UP TO $1,000 STARTING 10/1/14.
08/17/2014 Party(s):  DOUGLAS HANSON
          ATTORNEY -  REMOVAL ORDERED ON 08/05/2014

          Attorney:  STEPHEN BOURGET
08/17/2014 Party(s):  DOUGLAS HANSON
          ATTORNEY -  PARTIALLY INDIGENT ORDERED ON 08/05/2014

          Attorney:  STEPHEN BOURGET
08/17/2014 Charge(s): 1,2,3,4
          HEARING -  STATUS CONFERENCE NOTICE SENT ON 08/17/2014

08/27/2014 Charge(s): 1,2,3,4
          HEARING -  STATUS CONFERENCE NOT HELD ON 08/27/2014

08/27/2014 Charge(s): 1,2,3,4
          SUPPLEMENTAL FILING -  INDICTMENT FILED ON 08/15/2014

08/27/2014 Charge(s): 1,2,3,4
          HEARING -  ARRAIGNMENT SCHEDULED FOR 10/14/2014 at 10:00 a.m.

08/27/2014 Charge(s): 1,2,3,4
          HEARING -  ARRAIGNMENT NOTICE SENT ON 08/27/2014

09/02/2014 MOTION - MOTION TO REVOKE BAIL FILED BY STATE ON 09/02/2014

09/02/2014 HEARING - BAIL HEARING SCHEDULED FOR 09/02/2014 at 01:00 p.m.

NOTICE TO PARTIES/COUNSEL
09/03/2014 HEARING - BAIL HEARING HELD ON 09/02/2014
M MICHAELA MURPHY , JUSTICE
DENIED
09/03/2014 HEARING - MOTION TO REVOKE BAIL SCHEDULED FOR 10/08/2014 at 08:30 a.m.

NOTICE TO PARTIES/COUNSEL
09/03/2014 BAIL BOND - NO BAIL ALLOWED SET BY COURT ON 09/02/2014
M MICHAELA MURPHY , JUSTICE
MAY BE REVIEWED.
10/02/2014 Charge(s): 1,2,3,4,5
SUPPLEMENTAL FILING - SUPERSEDING INDICTMENT FILED ON 09/24/2014

10/09/2014 BAIL BOND - CASH BAIL BOND BAIL RELEASED ON 10/09/2014

Date Bailed: 08/04/2014
BAIL DISBURSEMENT ON 12/11/2014
Check No. 10767  Check Amount:  90.00
Paid To: KENNEBEC  SUPERIOR COURT
APPLIED TO FINE ANOTHER CASE

BAIL DISBURSEMENT ON 12/11/2014
Check No. 10768  Check Amount:  395.00
Paid To: KENNEBEC  SUPERIOR COURT
APPLIED TO FINE ANOTHER CASE

BAIL DISBURSEMENT ON 12/11/2014
Check No. 10769  Check Amount:  515.00
Paid To: KENNEBEC  SUPERIOR COURT
APPLIED TO FINE ANOTHER CASE

10/09/2014 Charge(s): 1,2,3,4
HEARING - ARRAIGNMENT NOT HELD ON 10/09/2014

10/09/2014 HEARING - MOTION TO REVOKE BAIL NOT HELD ON 10/09/2014

10/09/2014 MOTION - MOTION TO REVOKE BAIL WITHDRAWN ON 10/09/2014

10/09/2014 BAIL BOND - CASH BAIL BOND RELEASE ACKNOWLEDGED ON 10/09/2014

Date Bailed: 08/04/2014
BAIL DISBURSEMENT ON 12/11/2014
Check No. 10767  Check Amount:  90.00
Paid To: KENNEBEC  SUPERIOR COURT
APPLIED TO FINE ANOTHER CASE

BAIL DISBURSEMENT ON 12/11/2014
Check No. 10768  Check Amount:  395.00
Paid To: KENNEBEC  SUPERIOR COURT

APPLIED TO FINE ANOTHER CASE

BAIL DISBURSEMENT ON 12/11/2014
Check No. 10769  Check Amount:  515.00
Paid To: KENNEBEC  SUPERIOR COURT
APPLIED TO FINE ANOTHER CASE

11/22/2014 Charge(s): 1,2,3,4,5
HEARING -  RULE 11 HEARING HELD ON 10/08/2014
M MICHAELA MURPHY , JUSTICE
Defendant Present in Court

READING WAIVED
11/22/2014 Charge(s): 1,2,3,4,5
PLEA -  GUILTY ENTERED BY DEFENDANT ON 10/08/2014

11/22/2014 Charge(s): 1,2,3,4,5
FINDING -  GUILTY ENTERED BY COURT ON 10/08/2014

11/22/2014 Charge(s): 1
RULING -  ORIGINAL ORDERED ON 10/08/2014
M MICHAELA MURPHY , JUSTICE
It is adjudged that the defendant is guilty of 1 BURGLARY 17-A 401(1)(A) Class C as charged
and convicted.

The defendant is sentenced to the DEPARTMENT OF CORRECTIONS for a term of 5 year(s).

It is ordered that all but 9 month(s) of the sentence as it relates to confinement be suspended.

The defendant shall serve the initial portion of the foregoing sentence at the county jail in
KENNEBEC.

It is ordered that the defendant be placed on a period of probation for a term of 2 year(s) upon
conditions attached hereto and incorporated by reference herein.

Said Probation to commence after completion of the unsuspended term of imprisonment.

It is ordered that the defendant forfeit and pay the sum of $1000.00 as restitution through
Probation.

$ 35 VICTIMS COMPENSATION FUND
**TOTAL DUE:$ 35.00.**

## Special Conditions of Probation:
1.  refrain from all criminal conduct and violation of federal, state and local laws.
2.  report to the probation officer immediately and thereafter as directed and within 48 hours
    of your release from jail.
3.  answer all questions by your probation officer and permit the officer to visit you at your
    home or elsewhere.

4.  obtain permission from your probation officer before changing your address or employment.
5.  not leave the State of Maine without written permission of your probation officer.
6.  maintain employment and devote yourself to an approved employment or education program.
7.  not possess or use any unlawful drugs and not possess or use alcohol.
8.  identify yourself as a probationer to any law enforcement officer if you are arrested, detained or questioned for any reason and notify your probation officer of that contact within 24 hours.
9.  waive extradition back to the State of Maine from any other place.
10. not own, possess or use any firearm or dangerous weapon if you have ever been convicted of a crime in any jurisdiction with a potential penalty of one year or more or any crime involving domestic violence or the use of a firearm or dangerous weapon.
11. pay to the Department of Corrections a supervision fee of $        10.00 per month.

12a. provide a DNA sample if convicted of applicable offense listed in 25 MRSA Section 1574. submit to random search and testing for alcohol at the direction of a law enforcement officer. submit to random search and testing for drugs at the direction of a law enforcement officer.

pay restitution as stated earlier.

Have no contact of any kind with KRISTEN DAY and the family of said person.

11/22/2014 Charge(s): 1
RULING - ORIGINAL ISSUED ON 10/08/2014
M MICHAELA MURPHY , JUSTICE
DEFENDANT ACKNOWLEDGES RECEIPT

11/22/2014 Charge(s): 2
RULING - ORIGINAL ORDERED ON 10/08/2014
M MICHAELA MURPHY , JUSTICE
It is adjudged that the defendant is guilty of 2 THEFT BY UNAUTHORIZED TAKING OR TRANSFER 17-A 353(1)(A) Class E as charged and convicted.

The defendant is sentenced to the KENNEBEC COUNTY JAIL for a term of 6 month(s).

This sentence to be served concurrently with: AUGSCCR201400688  Charge: 1

The defendant shall serve the initial portion of the foregoing sentence at the county jail in KENNEBEC.

$ 20 VICTIMS COMPENSATION FUND
**TOTAL DUE:$ 20.00.**

11/22/2014 Charge(s): 2
RULING - ORIGINAL ISSUED ON 10/08/2014
M MICHAELA MURPHY , JUSTICE
DEFENDANT ACKNOWLEDGES RECEIPT

11/22/2014 Charge(s): 3
RULING - ORIGINAL ORDERED ON 10/08/2014
M MICHAELA MURPHY , JUSTICE
It is adjudged that the defendant is guilty of 3 CRIMINAL MISCHIEF 17-A 806(1)(A) Class D as charged and convicted.

The defendant is sentenced to the KENNEBEC COUNTY JAIL for a term of 6 month(s).

This sentence to be served concurrently with: AUGSCCR201400688   Charge: 1

The defendant shall serve the initial portion of the foregoing sentence at the county jail in KENNEBEC.

$ 20 VICTIMS COMPENSATION FUND
**TOTAL DUE:$ 20.00.**

11/22/2014 Charge(s): 3
RULING -  ORIGINAL ISSUED ON 10/08/2014
M MICHAELA MURPHY , JUSTICE
DEFENDANT ACKNOWLEDGES RECEIPT

11/22/2014 Charge(s): 4
RULING -  ORIGINAL ORDERED ON 10/08/2014
M MICHAELA MURPHY , JUSTICE
It is adjudged that the defendant is guilty of 4 VIOLATING CONDITION OF RELEASE 15 1092(1)(A) Class E as charged and convicted.

The defendant is sentenced to the KENNEBEC COUNTY JAIL for a term of 6 month(s).

This sentence to be served concurrently with: AUGSCCR201400688   Charge: 1

The defendant shall serve the initial portion of the foregoing sentence at the county jail in KENNEBEC.

$ 20 VICTIMS COMPENSATION FUND
**TOTAL DUE:$ 20.00.**

11/22/2014 Charge(s): 4
RULING -  ORIGINAL ISSUED ON 10/08/2014
M MICHAELA MURPHY , JUSTICE
DEFENDANT ACKNOWLEDGES RECEIPT

11/22/2014 Charge(s): 5
RULING -  ORIGINAL ORDERED ON 10/08/2014
M MICHAELA MURPHY , JUSTICE
It is adjudged that the defendant is guilty of 5 THEFT BY UNAUTHORIZED USE OF PROPERTY, PRIORS 17-A 360(1)(A-1) Class C as charged and convicted.

The defendant is sentenced to the KENNEBEC COUNTY JAIL for a term of 9 month(s).

This sentence to be served concurrently with: AUGSCCR201400688   Charge: 1
This sentence to be served concurrently with: AUGSCCR201400688   Charge: 2
This sentence to be served concurrently with: AUGSCCR201400688   Charge: 3
This sentence to be served concurrently with: AUGSCCR201400688   Charge: 4

The defendant shall serve the initial portion of the foregoing sentence at the county jail in KENNEBEC.

$ 35 VICTIMS COMPENSATION FUND
**TOTAL DUE:$ 35.00.**

11/22/2014 Charge(s): 5
RULING -  ORIGINAL ISSUED ON 10/08/2014

M MICHAELA MURPHY , JUSTICE
DEFENDANT ACKNOWLEDGES RECEIPT

11/22/2014 Charge(s): 1,2,3,4,5
MOTION -  MOTION FOR CORR/REDUCE SNTC FILED BY DEFENDANT ON 11/12/2014

Attorney:  STEPHEN BOURGET
NO OBJECTION BY STATE

11/22/2014 OTHER FILING -  FINE PAYMENT SCHEDULE ORDERED ON 11/22/2014

INSTALLMENT PYMTS: 0;DAILY: F;WEEKLY: F;BI-WEEKLY: F;MONTHLY: F;BI-MONTHLY: F;PYMT BEGIN:
AT 0;PYMT IN FULL: 20160108 AT 0;THRU PPO: F;PYMT DUE AMT: 130;PMT DUE: 20160108 AT
0;OTHER:

12/11/2014 BAIL BOND -  CASH BAIL BOND DISBURSEMENT ON 12/11/2014

Date Bailed: 08/04/2014
BAIL DISBURSEMENT ON 12/11/2014
Check No. 10767  Check Amount:  90.00
Paid To: KENNEBEC  SUPERIOR COURT
APPLIED TO FINE ANOTHER CASE

BAIL DISBURSEMENT ON 12/11/2014
Check No. 10768  Check Amount:  395.00
Paid To: KENNEBEC  SUPERIOR COURT
APPLIED TO FINE ANOTHER CASE

BAIL DISBURSEMENT ON 12/11/2014
Check No. 10769  Check Amount:  515.00
Paid To: KENNEBEC  SUPERIOR COURT
APPLIED TO FINE ANOTHER CASE

12/17/2014 Charge(s): 1,2,3,4,5
MOTION -  MOTION FOR CORR/REDUCE SNTC GRANTED ON 12/16/2014
DANIEL I BILLINGS , JUSTICE
COPIES TO PARTIES/COUNSEL

12/31/2014 HEARING -  CONTEMPT HEARING SCHEDULED FOR 03/27/2015 at 08:30 a.m. in Room No.  1

03/27/2015 OTHER FILING -  FINE PAYMENT SCHEDULE ORDERED ON 03/27/2015

INSTALLMENT PYMTS: 0;DAILY: F;WEEKLY: F;BI-WEEKLY: F;MONTHLY: F;BI-MONTHLY: F;PYMT BEGIN:
AT 0;PYMT IN FULL: 20150410 AT 1600;THRU PPO: F;PYMT DUE AMT: 15;PMT DUE: 20150410 AT
1600;OTHER:

03/27/2015 HEARING -  CONTEMPT HEARING HELD ON 03/27/2015
ERIC  WALKER , JUDGE

06/01/2015 Charge(s): 1
AUDIT -  AUDIT REPORT DEMAND LETTER SENT ON 06/01/2015

DEMAND FOR PAYMENT LETTER SENT FOR CHARGE# 1

06/01/2015 Charge(s): 2
AUDIT -  AUDIT REPORT DEMAND LETTER SENT ON 06/01/2015

DEMAND FOR PAYMENT LETTER SENT FOR CHARGE# 2

06/01/2015 Charge(s): 3
AUDIT -  AUDIT REPORT DEMAND LETTER SENT ON 06/01/2015

DEMAND FOR PAYMENT LETTER SENT FOR CHARGE# 3
06/01/2015 Charge(s): 4
AUDIT - AUDIT REPORT DEMAND LETTER SENT ON 06/01/2015


DEMAND FOR PAYMENT LETTER SENT FOR CHARGE# 4
06/01/2015 Charge(s): 5
AUDIT - AUDIT REPORT DEMAND LETTER SENT ON 06/01/2015


DEMAND FOR PAYMENT LETTER SENT FOR CHARGE# 5
06/01/2015 OTHER FILING - FINE PAYMENT SCHEDULE ORDERED ON 06/01/2015

INSTALLMENT PYMTS:        20.00; WEEKLY:F; BI-WEEKLY:F; MONTHLY:F; BI-MONTHLY:F; PYMT
BEGIN:20150410 AT 1600; PYMT IN FULL:        AT 0000; THRU PPO:F;    PYMT DUE AMT:
20.00;      PMT DUE:20150608 AT 1600; OTHER:$20 DUE 03/27
08/24/2015 Charge(s): 1
FILING DOCUMENT - FIRST MOTION PROB REVOCATION FILED ON 08/24/2015


JOHN LAPLANTE
TOGETHER WITH AFFIDAVIT IN SUPPORT OF PC
08/24/2015 Charge(s): 1
HEARING - PV INITIAL APPEARANCE SCHEDULED FOR 08/24/2015 at 01:00 p.m. in Room No.  1


08/25/2015 Charge(s): 1
HEARING - PV INITIAL APPEARANCE HELD ON 08/24/2015
DONALD H MARDEN , JUSTICE
08/25/2015 Charge(s): 1
PLEA - DENY ENTERED BY DEFENDANT ON 08/24/2015


08/25/2015 BAIL BOND - CONCURRENT BAIL BOND SET BY COURT ON 08/24/2015
DONALD H MARDEN , JUSTICE
CONCURRENT TO KENCD-CR-2015-1242
08/25/2015 BAIL BOND - CONCURRENT BAIL BOND COND RELEASE ISSUED ON 08/24/2015


08/25/2015 BAIL BOND - CONCURRENT BAIL BOND COMMITMENT ISSUED ON 08/24/2015
DONALD H MARDEN , JUSTICE
08/25/2015 Charge(s): 1,2,3,4,5
HEARING - PROBATION REVOCATION SCHEDULED FOR 10/01/2015 at 01:00 p.m. in Room No.  1


08/25/2015 Charge(s): 1,2,3,4,5
MOTION - MOTION FOR APPOINTMENT OF CNSL FILED BY DEFENDANT ON 08/25/2015


08/26/2015 Charge(s): 1,2,3,4,5
MOTION - MOTION FOR APPOINTMENT OF CNSL GRANTED ON 08/25/2015
WILLIAM STOKES , JUSTICE
08/26/2015 Party(s): DOUGLAS HANSON
ATTORNEY - APPOINTED ORDERED ON 08/26/2015


Attorney: KEVIN SULLIVAN
08/26/2015 Charge(s): 1,2,3,4,5
HEARING - PROBATION REVOCATION NOTICE SENT ON 08/26/2015


08/27/2015 BAIL BOND - CONCURRENT BAIL BOND FILED ON 08/27/2015

BAIL IS CONCURRENT TO KENCDCR201501242 HAVING BAIL ID IIO324 AS PRIMARY.
09/10/2015 MOTION -  MOTION TO CONTINUE FILED BY DEFENDANT ON 09/09/2015


09/11/2015 MOTION -  MOTION TO CONTINUE GRANTED ON 09/10/2015
        ERIC  WALKER , JUDGE
09/11/2015 Charge(s): 1,2,3,4,5
        HEARING -  PROBATION REVOCATION CONTINUED ON 09/10/2015


09/11/2015 Charge(s): 1
        HEARING -  PROBATION REVOCATION SCHEDULED FOR 10/29/2015 at 01:00 p.m. in Room No.  1


09/11/2015 Charge(s): 1
        HEARING -  PROBATION REVOCATION NOTICE SENT ON 09/11/2015


09/25/2015 Charge(s): 1
        FILING DOCUMENT -  SECOND MOTION PROB REVOCATION FILED ON 09/25/2015

        TOGETHER WITH AFFIDAVIT IN SUPPORT OF PC
09/25/2015 Charge(s): 1
        HEARING -  PV INITIAL APPEARANCE SCHEDULED FOR 09/25/2015 at 01:00 p.m. in Room No.  1


09/28/2015 Charge(s): 1
        HEARING -  PV INITIAL APPEARANCE HELD ON 09/25/2015
        EVERT  FOWLE , JUDGE
09/28/2015 Charge(s): 1
        PLEA -  DENY ENTERED BY DEFENDANT ON 09/25/2015


09/28/2015 BAIL BOND -  NO BAIL ALLOWED SET BY COURT ON 09/25/2015
        EVERT  FOWLE , JUDGE
        MAY BE REVIEWED
09/28/2015 BAIL BOND -  NO BAIL ALLOWED COMMITMENT ISSUED ON 09/25/2015


10/21/2015 Charge(s): 1,2,3,4,5
        SUSPENSION -  FTPF LICENSE ORDERED ON 10/15/2015
        ERIC  WALKER , JUDGE
10/21/2015 Charge(s): 1,2,3,4,5
        SUSPENSION -  FTPF LICENSE ISSUED ON 10/21/2015

        COPY SENT TO DEFENDANT
10/21/2015 BAIL BOND - $110.00 CASH BAIL BOND SET BY COURT ON 10/15/2015
        ERIC  WALKER , JUDGE
        NO THIRD PARTY BAIL
10/21/2015 Charge(s): 1,2,3,4,5
        WARRANT - $110.00 UNPAID FINE ORDERED ON 10/15/2015
        ERIC  WALKER , JUDGE
        NO THIRD PARTY BAIL
10/21/2015 Charge(s): 1,2,3,4,5
        WARRANT - $110.00 UNPAID FINE ISSUED ON 10/21/2015

        NO THIRD PARTY BAIL
10/21/2015 Charge(s): 1
        MOTION -  MOTION TO CONTINUE FILED BY DEFENDANT ON 10/20/2015

10/23/2015 Charge(s): 1
          MOTION -  MOTION TO CONTINUE GRANTED ON 10/21/2015
          ERIC  WALKER , JUDGE
10/23/2015 Charge(s): 1
          HEARING -  PROBATION REVOCATION CONTINUED ON 10/21/2015
          ERIC  WALKER , JUDGE
10/26/2015 HEARING -  PROBATION REVOCATION SCHEDULED FOR 12/03/2015 at 01:00 p.m. in Room No.  1

10/26/2015 HEARING -  PROBATION REVOCATION NOTICE SENT ON 10/26/2015

10/27/2015 Charge(s): 1,2,3,4,5
          WARRANT -  UNPAID FINE EXECUTED BY AGENCY ON 10/27/2015 at 02:53 p.m.

10/28/2015 Charge(s): 1,2,3,4,5
          HEARING -  UNPAID FINE SCHEDULE OTHER COURT ON 12/03/2015 at 01:00 p.m. in Room No.  1

          KENCD
10/28/2015 Charge(s): 1,2,3,4,5
          HEARING -  UNPAID FINE NOTICE SENT ON 10/28/2015

11/25/2015 Charge(s): 1,2,3,4,5
          MOTION -  OTHER MOTION FILED BY STATE ON 11/24/2015

          MOTION TO SPECIALLY SET FOR DATE CERTAIN
11/30/2015 Charge(s): 1,2,3,4,5
          MOTION -  MOTION TO CONTINUE FILED BY DEFENDANT ON 11/24/2015

12/02/2015 Charge(s): 1,2,3,4,5
          MOTION -  MOTION TO CONTINUE GRANTED ON 12/02/2015
          ERIC  WALKER , JUDGE
12/02/2015 HEARING -  PROBATION REVOCATION CONTINUED ON 12/02/2015

12/02/2015 Charge(s): 1,2,3,4,5
          MOTION -  OTHER MOTION GRANTED ON 12/02/2015
          ERIC  WALKER , JUDGE
          MOTION TO SPECIALLY SET FOR DATE CERTAIN
12/02/2015 Charge(s): 1,2,3,4,5
          HEARING -  UNPAID FINE CONTINUED ON 12/02/2015

12/15/2015 MOTION -  OTHER MOTION FILED BY STATE ON 12/09/2015

          MOTION FOR PROTECTION FOR DATES 12/24/15-12/31/15
12/16/2015 Charge(s): 1
          FILING DOCUMENT -  FIRST MOTION PROB REVOCATION AMENDED ON 12/15/2015

          TO MOTION DATED 08/19/2015
12/16/2015 Charge(s): 1
          HEARING -  PROBATION REVOCATION SCHEDULED FOR 12/23/2015 at 08:30 a.m. in Room No.  3

12/21/2015 Charge(s): 1,2,3,4,5
          SUSPENSION -  FTPF LICENSE SENT TO DMV ON 12/21/2015

LETTER SENT TO DMV ON 12/21/2015
12/22/2015 MOTION -  MOTION TO CONTINUE FILED BY DEFENDANT ON 12/22/2015

        Attorney:  KEVIN SULLIVAN
        MOTION FOR SANCTIONS AND OR CONTINUE
12/22/2015 MOTION -  OTHER MOTION FILED BY DEFENDANT ON 12/22/2015

        Attorney:  KEVIN SULLIVAN
        MOITON FOR SANCTIONS
12/22/2015 Charge(s): 1
        HEARING -  PROBATION REVOCATION CONTINUED ON 12/22/2015
        EVERT  FOWLE , JUDGE
12/22/2015 MOTION -  OTHER MOTION DENIED ON 12/22/2015
        EVERT  FOWLE , JUDGE
        MOITON FOR SANCTIONS
12/22/2015 MOTION -  MOTION TO CONTINUE GRANTED ON 12/22/2015
        EVERT  FOWLE , JUDGE
12/22/2015 Charge(s): 1
        HEARING -  PROBATION REVOCATION SCHEDULED FOR 03/03/2016 at 08:30 a.m. in Room No.  1

12/22/2015 Charge(s): 1
        HEARING -  PROBATION REVOCATION NOTICE SENT ON 12/22/2015

12/22/2015 NOTE -  OTHER CASE NOTE ENTERED ON 12/22/2015

        JUSTICE MULLEN RECUSED FROM PROBATION REVOCATION HEARING ONLY
12/22/2015 MOTION -  OTHER MOTION GRANTED ON 12/22/2015

        MOTION FOR PROTECTION FOR DATES 12/24/15-12/31/15
01/26/2016 MOTION -  MOTION TO AMEND BAIL FILED BY DEFENDANT ON 01/20/2016

01/26/2016 HEARING -  MOTION TO AMEND BAIL SCHEDULED FOR 02/29/2016 at 03:00 p.m. in Room No.  1

01/26/2016 HEARING -  MOTION TO AMEND BAIL NOTICE SENT ON 01/26/2016

01/26/2016 MOTION -  OTHER MOTION FILED BY DEFENDANT ON 01/20/2016

        MOTION IN LIMINE FOR SUBPOENA ORDER
01/26/2016 HEARING -  OTHER MOTION SCHEDULED FOR 02/29/2016 at 03:00 p.m. in Room No.  1

        RULE 17 MOTION
01/26/2016 HEARING -  OTHER MOTION NOTICE SENT ON 01/26/2016

        RULE 17 MOTION
02/25/2016 OTHER FILING -  OTHER DOCUMENT FILED ON 02/24/2016

        RECORDS OF OAKLAND PD FROM 1/1/13 TO PRESENT
03/01/2016 HEARING -  OTHER MOTION CONTINUED ON 02/29/2016
        ERIC  WALKER , JUDGE
        RULE 17 MOTION
03/01/2016 HEARING -  OTHER MOTION SCHEDULED FOR 03/03/2016 at 08:30 a.m. in Room No.  1

        RULE 17 MOTION

03/01/2016 HEARING -  OTHER MOTION NOTICE SENT ON 03/01/2016

RULE 17 MOTION
03/01/2016 HEARING -  MOTION TO AMEND BAIL CONTINUED ON 02/29/2016
ERIC  WALKER , JUDGE
03/01/2016 HEARING -  MOTION TO AMEND BAIL SCHEDULED FOR 03/03/2016 at 08:30 a.m. in Room No.  1

03/03/2016 HEARING -  MOTION TO AMEND BAIL NOT HELD ON 03/03/2016

03/03/2016 HEARING -  OTHER MOTION NOT HELD ON 03/03/2016

RULE 17 MOTION
03/03/2016 MOTION -  OTHER MOTION MOOT ON 03/03/2016

MOTION IN LIMINE FOR SUBPOENA ORDER
03/03/2016 MOTION -  MOTION TO AMEND BAIL MOOT ON 03/03/2016

03/03/2016 Charge(s): 1
HEARING -  PROBATION REVOCATION NOT HELD ON 03/03/2016

03/03/2016 BAIL BOND -  CONCURRENT BAIL BOND BAIL RELEASED ON 03/03/2016

03/03/2016 BAIL BOND -  CONCURRENT BAIL BOND RELEASE ACKNOWLEDGED ON 03/03/2016

HEARING -  PV ADMISSION HEARING HELD ON 03/03/2016 in Room No.  1
PAUL  MATHEWS , JUDGE
Defendant Present in Court

ON MOTION DATED (12/14/2016) AMENDED FROM 08/19/2016
03/03/2016 Charge(s): 1
PLEA -  ADMIT ENTERED BY DEFENDANT ON 03/03/2016

FOR MOTION DATED 12/14/2015 (AMENDED FROM 08/19/2016)
03/03/2016 Charge(s): 1
FINDING -  PROBATION VIOLATED ENTERED BY COURT ON 03/03/2016
PAUL  MATHEWS , JUDGE
MOTION DATED 12/14/2015 (AMENDED FROM 08/19/2016)
03/03/2016 MOTION -  MOTION TO W/DRAW MOT PRO REV MADE ORALLY BY STATE ON 03/03/2016
PAUL  MATHEWS , JUDGE
03/03/2016 MOTION -  MOTION TO W/DRAW MOT PRO REV GRANTED ON 03/03/2016
PAUL  MATHEWS , JUDGE
03/03/2016 Charge(s): 1
FINDING -  PROBATION NOT VIOLATED ENTERED BY COURT ON 03/03/2016
PAUL  MATHEWS , JUDGE
MOTION DATED 09/25/2015
03/03/2016 Charge(s): 1
RULING -  PROBATION REVOCATION ORDERED ON 03/03/2016
PAUL  MATHEWS , JUDGE
It is adjudged that the defendant has violated one or more of the conditions of probation
attached to the judgment, and it is ORDERED that the order of probation contained in the
judgment of this court in this case, is hereby revoked.

The court orders that the defendant serve 51 Month(s) of the suspended portion of the sentence.

Defendant shall serve the foregoing sentence at Department of Corrections

03/03/2016 Charge(s): 1
RULING - PROBATION REVOCATION ISSUED ON 03/03/2016
PAUL MATHEWS , JUDGE

03/03/2016 OTHER FILING - FINE PAYMENT SCHEDULE ORDERED ON 03/03/2016

INSTALLMENT PYMTS: 0.00; WEEKLY:F; BI-WEEKLY:F; MONTHLY:F; BI-MONTHLY:F; PYMT
BEGIN: AT 0000; PYMT IN FULL:20200306 AT 1300; THRU PPO:F; PYMT DUE AMT:
2.62; PMT DUE:20200306 AT 1300; OTHER:FOR REVIEW

11/15/2016 OTHER FILING - TRANSCRIPT FILED ON 11/14/2016

3/3/16 PROBATION REVOCATION HEARING

03/21/2017 MOTION - MOTION REDUCTION OF SENTENCE FILED BY DEFENDANT ON 02/21/2017

03/21/2017 Party(s): DOUGLAS HANSON
ATTORNEY - APPOINTED ORDERED ON 03/21/2017

Attorney: JOHN O'DONNELL

03/21/2017 HEARING - MOTION REDUCTION OF SENTENCE SCHEDULED FOR 05/15/2017 at 11:00 a.m. in Room No. 1

NOTICE TO PARTIES/COUNSEL

03/21/2017 HEARING - MOTION REDUCTION OF SENTENCE NOTICE SENT ON 03/21/2017

05/15/2017 HEARING - MOTION REDUCTION OF SENTENCE NOT HELD ON 05/15/2017

05/15/2017 Charge(s): 1,2,3,4,5
HEARING - MOTION FOR CORR/REDUCE SNTC SCHEDULED FOR 06/05/2017 at 10:30 a.m. in Room No. 1

NOTICE TO PARTIES/COUNSEL

05/15/2017 Charge(s): 1,2,3,4,5
HEARING - MOTION FOR CORR/REDUCE SNTC NOTICE SENT ON 05/15/2017

05/15/2017 WRIT - HABEAS CORPUS TO TESTIFY ISSUED ON 05/15/2017

CERTIFIED COPY TO SHERIFF DEPT.

05/15/2017 Party(s): DOUGLAS HANSON
ATTORNEY - WITHDRAWN ORDERED ON 05/15/2017

Attorney: KEVIN SULLIVAN

05/22/2017 LETTER - FROM PARTY FILED ON 05/22/2017

LETTER REQUESTING WRIT

WRIT PREVIOUSLY DONE

06/05/2017 Charge(s): 1,2,3,4,5
HEARING - MOTION FOR CORR/REDUCE SNTC HELD ON 06/05/2017
PAUL MATHEWS , JUDGE

06/05/2017 CASE STATUS - DECISION UNDER ADVISEMENT ON 06/05/2017
PAUL MATHEWS , JUDGE
MOTION FOR REDUCTION OF SENTENCE

06/14/2017 MOTION - MOTION REDUCTION OF SENTENCE UNDER ADVISEMENT ON 06/05/2017
PAUL MATHEWS , JUDGE

06/15/2017 CASE STATUS - CASE FILE LOCATION ON 06/15/2017

ON PCR SHELF AWAITING ORDER FROM JUDGE MATHEWS
06/26/2017 CASE STATUS -  CASE FILE RETURNED ON 06/26/2017

06/26/2017 Charge(s): 1,2,3,4,5
          SUSPENSION -  FTPF LICENSE REINSTATED ON 06/26/2017

06/26/2017 ORDER -  COURT ORDER ENTERED ON 06/26/2017
          PAUL  MATHEWS , JUDGE
          ORDER IN RESPONSE TO MOTION TO REDUCE/CORRECT SENTENCE- MOTION DENIED SEE ORDER
06/26/2017 MOTION -  MOTION REDUCTION OF SENTENCE DENIED ON 06/26/2017
          PAUL  MATHEWS , JUDGE
          COPIES TO PARTIES/COUNSEL

## Receipts

| | | | | |
|---|---|---|---|---|
| 06/22/2015 | Case Payment | $20.00 | MO | paid. |
| 09/13/2016 | Case Payment | $50.00 | CK | paid. |
| 09/13/2016 | Case Payment | $8.75 | CK | paid. |
| 11/08/2016 | Case Payment | $5.00 | CK | paid. |
| 04/10/2017 | Case Payment | $2.44 | CK | paid. |
| 05/09/2017 | Case Payment | $12.50 | CK | paid. |
| 05/09/2017 | Case Payment | $28.69 | CK | paid. |
| 06/06/2017 | Case Payment | $2.62 | CK | paid. |

A TRUE COPY
ATTEST: _____
                    Clerk